Stanley M. SPRAGUE,
Plaintiff-Appellant,

v.

Linda J. SPRAGUE,
Defendant-Respondent.

No. 51024.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 10, 1987.

Charles A. Hapke, Chesterfield, for plaintiff-appellant.

Harold G. Johnson, St. Ann, for defendant-respondent.

ORDER

PER CURIAM.

Direct appeal from the trial court's judgment dissolving petitioner's and respondent's marriage, dividing marital property, awarding custody of the children and ordering petitioner to pay child support. We find the trial court's judgment to be supported by substantial evidence and is not against the weight of the evidence. No error of law appears and an extended opinion would serve no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).